**RAYBESTOS PRODUCTS COMPANY, Objector**

v.

**RELIANCE INSURANCE COMPANY, In Liquidation (ANCILLARY MAT- TER TO IN RE RELIANCE INSUR- ANCE COMPANY IN LIQUIDATION NO. 1 REL 2001).**

**Appeal of Raybestos Products Company, Objector.**

Supreme Court of Pennsylvania.

Dec. 16, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of December, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.** Appellant's applications for leave to file supplemental authority and for oral argument are **DE- NIED.**